JP:WDS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M-10-794**

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

MICHAEL WASHINGTON,
    also known as "BOYM13,"

            Defendant.

AFFIDAVIT AND COMPLAINT
IN SUPPORT OF AN ARREST
WARRANT _____

M. No. _____
(18 U.S.C. § 2252(a)(1))

- - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS.:

            THOMAS THOMPSON, being duly sworn, deposes and says that
he is a Special Agent with the Federal Bureau of Investigation
(hereinafter referred to as the "FBI"), duly appointed according to
law and acting as such.

            On or about January 15, 2010, within the Eastern District
of New York and elsewhere, the defendant MICHAEL WASHINGTON, also
known as "BOYM13," did knowingly and intentionally transport and
ship in interstate and foreign commerce, by any means including by
computer, a visual depiction, the production of such visual
depiction having involved the use of one or more minors engaging in
sexually explicit conduct and such visual depiction was of such
conduct.

            (Title 18, United States Code, Section 2252(a)(1)).

            The source of my information and the grounds for my
belief are as follows:[1]

_____

        [1]    Because the purpose of this complaint is merely to
establish probable cause to arrest, I have not set forth all of the

1.    I have been a Special Agent of the FBI since December 2004, and am currently assigned to the New York Office. Since September 2007, I have been assigned to the Internet Crimes Against Children squad.    I have been assigned to investigate violations of criminal law relating to the sexual exploitation of children.  I have gained expertise in this area through training in classes and daily work related to conducting these types of investigations.    As part of my responsibilities, I have been involved in the investigation of numerous child pornography cases and have reviewed thousands of photographs depicting children (less than eighteen years of age) being sexually exploited by adults. Through my experience in these investigations, I have become familiar with methods of determining whether a child is a minor. I am also a member of the Eastern District of New York Project Safe Childhood Task Force.

2.    I am familiar with the information contained in this affidavit based on my own personal participation in the investigation, my review of documents, my training and experience, and discussions I have had with other law enforcement personnel concerning the creation, distribution, and proliferation of child pornography.  Additionally, statements attributable to individuals herein are set forth in sum and substance and in part.

## THE FBI INVESTIGATION

3.    On or about January 15, 2010, an FBI Special Agent

---

facts and circumstances concerning this investigation of which I am aware.

working in an undercover capacity ("Undercover Agent") signed into
a peer-to-peer (P2P) program, which is publicly-available, via an
internet-connected computer located within the FBI Chicago
Division.   The Undercover Agent memorialized the session by
intermittent video capture using a computer program called
Camtasia.  Any download activity from the session was monitored via
a Network Monitoring Program.

4.   Upon signing in to the publicly available P2P file
sharing program, the Undercover Agent observed that the user
"BOYM13" was online.   The Undercover Agent proceeded to browse
"BOYM13"'s shared directories and observed files depicting images
and titles indicative of child pornography.

5.   The Undercover Agent downloaded seventeen (17) files
from "BOYM13," and a later review of these files revealed that
sixteen (16) of them appeared to be child pornography.[2]  Several of
these images, which are available for the Court's review, are

---

[2]  Although still images of apparent child pornography can be
created using "morphing" technology and the identity of these
minors are not known to law enforcement (i.e., the identity and age
of the children have not been discovered by law enforcement), it
appears that these images involve the use of actual (i.e.
non-virtual) minors engaging in sexually explicit conduct. This
conclusion is also based upon my consultation with other agents
experienced in determining whether child pornography images depict
real children. In addition, based upon my experience in child
pornography investigations, I have found that collectors of child
pornography generally have in their collections both images which
depict children known to law enforcement and images in which the
identities of the children depicted are not yet known to law
enforcement. Moreover, where, as here, an individual is a member of
a hardcore pedophile/child pornography network which is not
accessible by casual web-browsing, the likelihood that such an
individual is in possession of child pornography depicting real
children is extremely high.

-3-

Case 1:10-cr-00633-ERK   Document 1   Filed 07/13/10   Page 4 of 7 PageID #: 4

described as follows:

> a. **055.jpg** is a photo depicting photo depicting two, partially clothed prepubescent boys, approximately nine years old, who appear to have each others' penises in their mouths.
>
> b. **3-07-2.jpg** is a photo depicting three nude prepubescent boys, approximately twelve years old, lying nude on a bed. One boy's hands are on the other boys' penises.
>
> c. **7272427ktz.jpg** is a photo of two prepubescent boys, one approximately six years old (partially clothed), and one approximately nine years old (nude). Both boys are standing and appear to be holding each others' penises.
>
> d. **10005455MfA[1].jpg** is a photo of a partially clothed prepubescent boy, approximately eight years old, lying on a bed exposing his genitals.

6.    The Undercover Agent used the Network Monitoring Program to identify the IP address utilized by "BOYM13" as 68.247.56.78.

7.    Records obtained for the subscriber and account information for the IP address 68.247.56.78 revealed that this IP address was registered to Sprint/Nextel, an internet service provider ("ISP"). Records obtained from Sprint/Nextel by administrative subpoena showed that this IP address was associated with a mobile device, telephone number 347-724-4789, and subscribed to "Gerald Washington." The address associated with that account was 65-16 Parsons Boulevard, Apartment 2A, Flushing, New York 11365 ("65-16 PARSONS BOULEVARD").

8.    On March 9, 2010, the affiant called the wireless telephone number 347-724-4789. The call went into voicemail, and

-4-

the name on the outgoing message sounded like "Marshawn." Publicly
available database searches returned that a "DeShawn Washington"
and a "DeVaughn Washington" have been associated with the residence
at 65-16 PARSONS BOULEVARD.

## THE SEARCH OF DEFENDANT'S RESIDENCE

9.    On April 29, 2010, I and other law enforcement
personnel executed a search warrant issued by the Honorable Cheryl
L. Pollak, United States Magistrate Judge for the Eastern District
of New York, on the premises at 65-16 PARSONS BOULEVARD. Pursuant
to that search, agents recovered an Acer laptop computer, serial
number LXAZL0Y0437140300652500 ("ACER LAPTOP"). A Sprint/Nextel
mobile air card, serial number "09610493677", was attached to the
ACER LAPTOP, and, Sprint/Nextel records show, was the same mobile
device that "BOYM13" used on January 15, 2010 to access the
Internet while distributing child pornography through GigaTribe.

10.    The defendant MICHAEL WASHINGTON was present at the
residence at the time the search warrant was executed. WASHINGTON
was advised that he was not under arrest and that he could
discontinue the interview at anytime. WASHINGTON then made
statements, including, in sum and substance, that he had two
computers in his bedroom at 65-16 PARSONS BOULEVARD. WASHINGTON
indicated that one of the computers was working, and that the other
computer was not working. WASHINGTON stated that he used his
father's Wi-Fi to access the Internet; he could not recall if the
Wi-Fi used either Sprint or Roadrunner. Initially, WASHINGTON
stated that he had not heard of GigaTribe. Later, however,

-5-

WASHINGTON stated that he knew of GigaTribe and that it had been installed on his computer for approximately one year. WASHINGTON did not respond when asked if he was the user of GigaTribe account "BOYM13" or if he has traded child pornography. After making additional statements, WASHINGTON indicated that he wanted a lawyer, at which point the interview was discontinued.

11. While agents were continuing to execute the search warrant, WASHINGTON indicated to other law enforcement agents present that he would like to speak with them without a lawyer present. WASHINGTON was provided with provided with an FD-395 "Advice of Rights" form, which he read, stated he understood, and signed. WASHINGTON then made statements, including, in sum and substance, that he understood that there are approximately 200 image files containing child pornography and several video files containing child pornography that can be found on the ACER LAPTOP. WASHINGTON defined child pornography as anyone under the age of 18 having sex.

12. When agents entered WASHINGTON's bedroom at 65-16 PARSONS BOULEVARD, the ACER LAPTOP was powered on but in "sleep mode." I pressed the power button to take the ACER LAPTOP out of "sleep mode," and, upon doing so, observed that one of the open windows was the GigaTribe login screen. The "username" field of the GigaTribe login screen was populated with the name "BOYM13."

13. A preliminary forensic examination of the ACER LAPTOP revealed approximately 104 image files and 20 video files containing child pornography. Approximately 36 image files and 8 video files containing child pornography were found in the folder

-6-

"\Owner\Documents\GigaTribe Downloads\boym13".  In particular, the
specific images referenced in paragraph 5(a)-(d), above, were found
on the ACER LAPTOP.

14.  GigaTribe was installed on the ACER LAPTOP and was
upgraded to version 3.1.1 on April 23, 2010.  "BOYM13" was the only
GigaTribe account found on ACER LAPTOP.

WHEREFORE, Your affiant respectfully requests that the
Court issue an arrest warrant for the defendant MICHAEL WASHINGTON
so that he may be dealt with according to law.

THOMAS THOMPSON
Special Agent - FBI

Sworn to before me this
__13__ day of July, 2010

UDGE
NEW YORK

-7-